1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  CS HERITAGE INDUSTRY, INC., a California Corporation,<br>12<br>13            Plaintiff,<br>14<br>15       v.<br>16  CITY OF LOS ANGELES, THE LOS ANGELES POLICE DEPARTMENT, THE DEPARTMENT OF CANNABIS REGULATION, ARTURO KOENIG, and DOES 1 to 10, Inclusive, Defendants | Case No.  2:20-CV-06119 MRW<br><br>*Magistrate Judge:*<br>Hon. Michael R. Wilner<br><br>**ORDER OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Based upon the foregoing stipulation of Plaintiff CS HERITAGE INDUSTRY, INC. ("Plaintiff") and Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DEPARTMENT OF CANNABIS REGULATION AND ARTURO KOENIG ("Defendants"), the complete action against Defendants is hereby DISMISSED WITH PREJUDICE.

/ / /

/ / /

Each party will bear their own fees and costs. Therefore, this stipulation and dismissal completely terminates the above-entitled action against all Defendants with prejudice.

**IT IS SO ORDERED:**

**DATED:** January 24, 2022

**HON. MICHAEL R. WILNER**
**United States Magistrate Judge**

2